**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Case No.: 1:20-cv-02757 (JMF) |
| GENERAL MOTORS LLC IGNITION | ) |
| SWITCH LITIGATION | ) |
| | ) **NOTICE OF APPEARANCE** |
| | ) |
| | ) |

PLEASE TAKE NOTICE that William R. Baldiga of Brown Rudnick LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court.

Dated: New York, New York
      February 11, 2021

                                    BROWN RUDNICK LLP


                                    By: /s/William R. Baldiga
                                        William R. Baldiga
                                        One Financial Center
                                        Boston, MA 02111
                                        Tel: (617) 856-8586
                                        E-mail: wbaldiga@brownrudnick.com

                                    *Designated Counsel for the Ignition Switch*
                                      *Plaintiffs and Certain Non-Ignition Switch Plaintiffs*
                                      *in the Bankruptcy Court*