**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Case No.: 1:20-cv-02757 (JMF) |
| GENERAL MOTORS LLC IGNITION | ) |
| SWITCH LITIGATION | ) |
| | ) **NOTICE OF APPEARANCE** |
| | ) |
| | ) |

PLEASE TAKE NOTICE that Andrew P. Strehle of Brown Rudnick LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as Designated Counsel for the Ignition Switch Plaintiffs and Certain Non-Ignition Switch Plaintiffs in the Bankruptcy Court.

Dated: New York, New York
         February 11, 2021

BROWN RUDNICK LLP


By: /s/Andrew P. Strehle
        Andrew P. Strehle
        One Financial Center
        Boston, MA 02111
        Tel: (617) 856-8569
        E-mail: astrehle@brownrudnick.com

*Designated Counsel for the Ignition Switch*
*Plaintiffs and Certain Non-Ignition Switch Plaintiffs*
*in the Bankruptcy Court*